IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE PATRICIA GRAY | : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 11-4594 |

## ORDER

**AND NOW**, this 16th day of February, 2012, upon consideration of the Bankruptcy Court Order dated June 15, 2011, the designated record for appeal, Patricia Gray's Appeal Brief (Docket No. 5), VRF's Motion for Injunctive Relief as a "Party in Interest" (Docket No. 6), and Patricia Gray's Reply Brief, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Bankruptcy Court's June 15, 2011 Order is **AFFIRMED**.

2. VRF's Motion for Injunctive Relief is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.